UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60337-CIV-ROSENBAUM/HUNT

YURRAY MORALES,

    Plaintiff,

v.

KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP,

    Defendant.
_____/

**ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE**

    This matter is before the Court on Plaintiff's Motion for Settlement Conference [D.E. 19]. Plaintiff requests that the parties be ordered to attend a settlement conference before a magistrate judge before engaging in "costly and disruptive discovery." D.E. 19. According to Plaintiff's certificate of conference, Defendant opposes the motion. *Id.*

    First, the Court notes that the parties have apparently scheduled a mediation conference for April 26, 2013, with Laura Bonn, Esq. D.E. 17. Further, Plaintiff has not pointed to any specific pending discovery requests, let alone any that would be particularly costly or disruptive, to support her motion. In light of the fact that mediation is already scheduled for just over a month from now and in view of the absence of any apparent reason why mediation must be conducted sooner, it is **ORDERED and ADJUDGED** that Plaintiff's Motion for Settlement Conference [D.E. 19] is **DENIED**.

    **DONE** and **ORDERED** at Fort Lauderdale, Florida, this 19th day of March 2013.

                                                    ROBIN S. ROSENBAUM
                                                    UNITED STATED DISTRICT JUDGE

2

Copies to:

Counsel of record

Case 0:13-cv-60337-RSR   Document 20   Entered on FLSD Docket 03/19/2013   Page 2 of 2

2