UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60337-CIV-ROSENBAUM/HUNT

YURRAY MORALES,

    Plaintiff,

vs.

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP,

    Defendants.
_____/

## ORDER

    This matter is before the Court upon the Mediator's Report indicating that the parties have reached a settlement of this matter. D.E. 22. In light of the settlement, the Court hereby directs the parties to submit a stipulation for dismissal within **ten (10) calendar days** of the date of this Order so that the case file may be closed. Additionally, the parties shall submit the settlement agreement for judicial review and approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982) (any settlement, bargain, or other compromise resolving an FLSA claim must either be presented to the Secretary of Labor or scrutinized by the district court for fairness). Further, if the parties would like the Court to retain jurisdiction for the limited purpose of enforcing their settlement, they shall expressly include notification to the Court in their stipulation that the dismissal is contingent upon the Court retaining enforcement jurisdiction.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 29th day of April 2013.

                                                    ROBIN S. ROSENBAUM
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record